```
        BADIAK & WILL, LLP
        ATTN:
U.S. DIST. COURT      SOUTHERN/NY   COUNTY
-------------------------------------------------
                                                       Index No. 07CV10593
ST. PAUL FIRE & MARINE INSURANCE CO.   plaintiff
A/S/O KANAN FASHIONS,INC.                              Date Filed  ............
              - against -
                                                       Office No. 07-F-011-JK
AMERICAN AIRLINES, INC.              defendant
                                                       Court Date:   /  /
-------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
```

**RUDOLPH WRIGHT**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
   That on the  **18th day of December, 2007**   at  **09:45 AM.**,              at
   **%C.T. CORP., (REG AGENT) 111 8TH AVE, 13TH FLR**
   **NEW YORK, NY**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **AMERICAN AIRLINES, INC.**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **PAULA KASH, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**          COLOR: **WHITE**          HAIR: **BLONDE**
       APP. AGE: **55**         APP. HT: **5:5**          APP. WT: **135**

OTHER IDENTIFYING FEATURES: **GLASSES**


Sworn to before me this
19th  day of  December, 2007k

JOEL GOLUB
Notary Public, State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

RUDOLPH WRIGHT   1022795
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM97775

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ST. PAUL FIRE & MARINE INSURANCE CO.
a/s/o Kanan Fashions, Inc.

          Plaintiff,

V.

AMERICAN AIRLINES, INC.

          Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 10593

TO: (Name and address of defendant)

American Airlines, Inc.
100 E. 42nd Street
New York, New York  10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Badiak & Will, LLP
106 Third Avenue
Mineola, New York  11501-4404
(516) 877-2225
Ref. No.:  07-F-011-JK

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

DATE NOV 2 7 2007

(BY) DEPUTY CLERK