UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ST. PAUL FIRE & MARINE INSURANCE CO.
as subrogor of KANAN FASHIONS, INC.                          Index No.: 07 cv 10593 (GBD)

               Plaintiff,

     - against-                                              **NOTICE OF MOTION**

AMERICAN AIRLINES, INC.,

               Defendant.

-----------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, upon the annexed Affirmation of Jodi S. Tesser, dated

June 3, 2008, together with all exhibits attached thereto, the accompanying Memorandum of

Law, the Rule 56.1 Statement, and all the papers and proceedings had herein, Defendant

American Airlines, Inc. ("American") will move this Court, at the United States Courthouse,

located at 500 Pearl Street, New York, New York, 10007, before the Hon. George B. Daniels, on

a date and time to be determined by the Court, for an Order pursuant to Rule 56 of the Federal

Civil Judicial Procedure and Rules, dismissing the Complaint of St. Paul Fire & Marine

Insurance Co. as subrogor of Kanan Fashions, Inc. with prejudice, and granting American such

other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 3, 2008

                             Respectfully submitted,

                             MOUND COTTON WOLLAN
                             & GREENGRASS

               By _____
                   Francis A. Montbach (FAM 9631)
                   Jodi S. Tesser (JST 6398)

One Battery Park Plaza
New York, New York 10004

*Attorneys for American Airlines, Inc.*

To:    James P. Krauzlis, Esq.
       Badiak & Will, LLP
       106 3rd Street
       Mineola, New York 11501-4404

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ST. PAUL FIRE & MARINE INSURANCE CO.
as subrogor of KANAN FASHIONS, INC.                                    Index No.: 07 cv 10593 (GBD)

            Plaintiff,

   - against -                                                         **AFFIRMATION OF**
                                  **JODI S. TESSER**
AMERICAN AIRLINES, INC.,

            Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                       )ss
COUNTY OF NEW YORK  )

    **JODI S. TESSER,** an attorney duly admitted to the practice of law in New York, affirms

under the penalty of perjury:

    1.     I am an attorney at the law firm of Mound Cotton Wollan & Greengrass, attorneys

for American Airlines, Inc. ("American").  I am fully familiar with the facts of this case and with

the prior proceedings had herein.

    2.     This affirmation is submitted in support of American's memorandum of law in

support of its motion to dismiss the Complaint of St. Paul & Marine Insurance Co. as subrogor of

Kanan Fashions, Inc.

    3.     Annexed hereto are true and accurate copies of the following documents:

        i.     Master Air Waybill No. 603-2906-1292 - Exhibit 1;

        ii.    House Air Waybill No. EFL 000098220 - Exhibit 2;

        iii.   Subrogation Receipt - Exhibit 3;

        iv.    Complaint - Exhibit 4; and

     v.     Answer - Exhibit 5.

Dated: New York, New York
      June 3, 2008

Jodi S. Tesser (JST 6398)

UNITED STATES DISTRICT COURT)

SOUTHERN DISTRICT OF NEW YORK)

### AFFIDAVIT OF SERVICE

Lynn Cappiello, being duly sworn, deposes and says:

That deponent is not a party to this action, is over the age of 18 years and resides in Nassau County, New York.

That on June 3, 2008, deponent served the within **NOTICE OF MOTION, AFFIRMATION OF JODI S. TESSER AND MEMORANDUM OF LAW IN SUPPORT OF AMERICAN AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT** upon:

James P. Krauzlis, Esq.
Badiak & Will, LLP
106 3rd Street
Mineola, New York 11501-4404

the addresses designated by said entities for that purpose by depositing the same enclosed in a first-class postpaid properly addressed wrapper to said entities at the above addresses in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Lynn Cappiello

**Lynn Cappiello**

Sworn to before me this 3rd
day of June, 2008

**NOTARY PUBLIC**

CATHERINE RITZER
Notary Public, State of New York
No. 30-4744978
Qualified in Nassau County
Commission Expires September 30, 2009

603 CMB 29061292      INTL      603 29061292

| Shipper's Name and Address | Shipper's Account Number 000000010007 | Not Negotiable **Air Waybill** Issued by |
|---|---|---|

EXPOLANKA FREIGHT LTD
10 MILE POSTAVENUE
P.O.BOX1182
COLOMBO 3/LK

SRI LANKAN AIRLINES
COLOMBO

SriLankan Airlines Limited

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

| Consignee's Name and Address | Consignee's Account Number |
|---|---|

MET LOGISTICS
335 PIERCE ROAD.STE 1508.ITASCA.IL
ATTN.HERKER HUGHES
UNITED STATES/US     TP-FAX 63

**Issuing Carrier's Agent Name and City**
EXPOLANKA FREIGHT - 010007//AH

Accounting Information

**Agent's IATA Code** 0730001     **Account No.**

**Airport of Departure (Addr. of First Carrier) and Requested Routing**
COLOMBO

**Reference Number** AH//01USO/101.85LKR-CMB

| To | By First Carrier | Routing and Destination | To | By | To | By | Currency | CHGS Code | WT/VAL PPD | COLL | Other PPD | COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LHR | UL | | ORD | AA | | | LKR | PX | X | X | | X | NVD | NCV |

**Airport of Destination**
O HARE INTERNATIONAL   L0505/22

Amount of Insurance NIL

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of insurance".

**Handling Information**
INFO-POUCH ATTACHED

LOCN-AWB2/ 494P

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 494 | 5225.0KG | | | | | | CONSOL |
| 494 | 5225.0KG | | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|

Valuation Charge

Tax

Total Other Charges Due Agent

Total Other Charges Due Carrier

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

| Total Prepaid | Total Collect |
|---|---|

| Currency Conversion Rates | CC Charges in Dest. Currency |
|---|---|

Signature of Shipper or his Agent

| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|

18NOV05      CAK      SACH

Executed on (date)   at (place)   Signature of Issuing Carrier or its Agent

TIME ACCPT 2146
DATE ACCPT 21NOV05

COPY 12 (EXTRA COPY FOR CARRIER)      603 29061

Exhibit 2

19-11-2005    COLOMBO    EX:

| Shipper's Name and Address | A/C No | | |
|---|---|---|---|

SARTEX INDUSTRIES LANKA (PVT) LTD
P.O.BOX 08 . EXPORT PROCESSING ZONE ,
BIYAGAMA,
SRI LANKA.

**EFL 000098**

**EXPOLANKA FREIGHT LIMITED**
INTERNATIONAL AIR & SEA FORWARDERS
18, Milagod Avenue, Colombo 3, Sri Lanka
Phone: 94 (11) 4781000 (Multiple Lines)  Telex: 21315 EXPLNKA CE
Fax: 94 (11) 2574213, 94 (11) 2598725
E-mail: expcmb@expolanka.com Web Site: www.expolankafreight.com

| Consignee's Name and Address | A/C No |
|---|---|

KANNAN FASHIONS INC
17W. 22ND STREET. SUITE 220, OAKBROOK
TERRACE
IL 60181 (USA)
ATTN. 01-630-83301234
FAX.630-833-1237

THE SHIPPER (THE CONSIGNOR) CERTIFIES THAT THE PARTICULARS ON THE
FACE HEREOF ARE CORRECT AND AGREES TO THE CONDITIONS SET OUT ON THE
REVERSE SIDE HEREOF WHICH SHALL BE DEEMED TO BE INCORPORATED HEREIN

Signature of Shipper

| Notify Party | | Special Instructions |
|---|---|---|

MET LOGISTICS
133, PIERCE ROAD, STE 150 B,
ITASCA, IL 60143.TEL. 630-735-0176
FAX. 630-735-0210
ATTN. HEATHER HUGHES
FAX. 630-833-1237

| Airport of Departure and Requested Routing | | | | | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|
| COLOMBO, SRI LANKA | | Currency | CHGS Code | WT/VAL PP CC | Other PP CC | | |
| | | USD | | | | | |

| Destination | MASTER AIRWAYBILL NO. | CARRIER AND FLIGHT NO. | |
|---|---|---|---|
| CHICAGO | 603-2906 1292 | UL 505 | 21-11-2005 |

| No. of Packages & Method of Packing | Actual Gross Weight | Kg lb | Chargeable Weight | Rate/Charge | Description and Marks |
|---|---|---|---|---|---|
| 494 CTNS | 5,225.000 kg | | 10936.00 | AS AGREED | 247  CARTONS SAID TO CONTAIN |
| MARKS & NOS | | | | | 1964  PCS OF MEN'S FLEECE JACKET |
| DESTINATION: | | | | | 247 CARTONS SAID TO CONTAIN |
| CHICAGO, USA | | | | | 1964 PCS OF MEN'S FLEECE PANT |
| KANNAN FASHIONS | | | | | |
| MADE IN SRI LANKA | | | | | TOTAL = 494 CTNS |
| | | | | | FOR DETAILS PLS SEE ATTACHED SHEET |
| | | | | | FREIGHT COLLECT |

| Prepaid | Air Freight | Collect |
|---|---|---|
| | AS AGREED | |
| | Cost Low Chgs/AELE | |
| | CTR Loading Charge | |
| | IATA CTR Breakdown Charge | |
| | Handling Charge | |
| | Cartage | |
| | Insurance Payment | |
| | Other Charges | |
| | Total Prepaid | Total Collect |
| | Charges at Destination | Total Collect Charges |

65X69X55 cm 494 CTNS

Doc to Accompany AWB
COMMERCIAL INVOICE
PACKING LIST
DECLARATION

| DESTINATION CHARGES |
|---|
| Freight |
| Entry |
| Extra Lines |
| Doc |
| Delivery |
| A/C |
| Total |

19-11-2005    COLOMBO    EXPOLANKA

Executed on _____ (Date) at _____ (Place)    Signature of Issuing Agent

EFL 000098220

Exhibit 3

05/16/2007 12:59  6315777877                          SPT OM SUBRO                     PAGE 02/02
05/16/2007 WED 11:52 FAX KARAN FASHIONS                                                002/002
    05/16/2007  09:29  6315777877                       SPT OM SUBRO                    PAGE 02/02



# ST PAUL TRAVELERS

St Paul Fire & Marine
P. O. Box 9093, MC MC9093
100 Baylis Road
Melville, NY 11747-9093
Telephone: (631) 677-7397
Fax: (631) 677-7877

## SUBROGATION RECEIPT

POLICY NO/CLAIM NO.:    OC0120035012H002 (V2Q9768)
ASSURED:               Karan Fashions, Inc.
DATE OF LOSS:          12/02/2005

Received of the St. Paul Fire and Marine Insurance Company the sum of Thirty Three Thousand Three Hundred & Three & 91/100 Dollars ($33,303.91) in full settlement of all claims and demands of the undersigned for loss of or damage or expense in respect of (details of loss)  Water Damage to clothing.
*In consideration of said payment.*

The undersigned subrogates, assigns and transfers to said Insurance Company all the rights, claims and interest which the undersigned may now or in the future have, in contract or tort, in general average or otherwise, against any person or corporation in respect of the loss, damage or expense suffered by the undersigned or on its behalf.

The undersigned authorizes the said Insurance Company to sue, in the undersigned's name and compromise or settle all such claims and to execute and sign releases and acquittances and endorse checks or drafts given in settlement of such claims in the name of the undersigned with the same force and effect as if the undersigned executed or endorsed them.

The undersigned covenants and agrees to cooperate fully and assist said Insurance Company in the prosecution of any actions or claims, and to procure and furnish all witnesses, papers, documents or things necessary in such proceedings, to attend and testify at any court proceedings, execute documents and perform such other acts as may be requested by said Insurance Company in connection with such actions or claims.

The undersigned warrants that it is the sole owner of any said property and is the one entitled to enforce all claims and causes of action whatsoever arising from loss or damage to said property. The undersigned further warrants that no settlement has been made with any person or corporation against whom a claim may lie, and no release has been given to anyone and that no such settlement will be made nor release given by the undersigned without written consent of said Insurance Company.

The undersigned warrants that said payment shall not inure to the benefit of any carrier under the provisions of any contract of carriage or otherwise, that in making payment the said Insurance Company does not waive any rights of subrogation or otherwise against any carrier or bailee, and that the acceptance of this receipt shall not prejudice or take away any rights or remedies which the said Insurance Company would otherwise have by virtue of such payment.

Authorized Signature
Print Name and Title        P.R. JOSHI, CFO

State of  Illinois
County of  DuPage

On  this  11th  day  of  May  200__  before  me  personally  appeared
_____ to me known, and known to me to be the same person described in and who executed the within instrument, and he acknowledged to me that he executed the same.

1/25/2010 _____          _____ Notary Public
My Commission Expires

GROSS CLAIM:      $43,303.91
LESS DEDUCTIBLE:  $10,000.00
NET CLAIM:        $33,303.91

KRISTEK JUNG
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
January 25, 2010

Please fax and return to:  St. Paul Travelers
                           Global Marine Recovery
                           100 Baylis Road
                           P.O. Box 9093
                           Melville, NY 17747-9093

Exhibit 4

# United States District Court

_____ SOUTHERN _____    DISTRICT OF _NEW YORK_

ST. PAUL FIRE & MARINE INSURANCE CO.
a/s/o Kanan Fashions, Inc.

**SUMMONS IN A CIVIL CASE**

    Plaintiff,

   V.

CASE NUMBER

**07 CV 10593**

AMERICAN AIRLINES, INC.

    Defendant.



TO: (Name and address of defendant)

  American Airlines, Inc.
  100 E. 42nd Street
  New York, New York   10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Badiak & Will, LLP
  106 Third Avenue
  Mineola, New York   11501-4404
  (516) 877-2225
  Ref. No.:  07-F-011-JK

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of t
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable per
of time after service.

**J. MICHAEL McMAHON**

DATE    NOV 2 7 2007

_____
CLERK

_____
(BY) DEPUTY CLERK

JUDGE DANIELS                07 CV 10593

JAMES P. KRAUZLIS, ESQ.
BADIAK & WILL, LLP
106 3rd Street
Mineola, New York 11501
Our file: 07-F-011-JK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ST. PAUL FIRE & MARINE INSURANCE CO. a/s/o            ECF CASE
Kanan Fashions, Inc.,

                                    Plaintiff,

                                                                07 Civ.
         - against -
                                                                COMPLAINT
AMERICAN AIRLINES, INC.,

                                    Defendant.

------------------------------------------------------------------x

         Plaintiff, ST. PAUL FIRE & MARINE INSURANCE CO. a/s/o Kanan Fashions,

Inc., by its attorneys, Badiak & Will, LLP, as and for its Complaint herein against the defendant,

alleges upon information and belief as follows:

         1.       All and singular the following premises are true and constitutes claims

involving the international transportation as defined in the Convention for the Unification of Certain

Rules Relating to International Transportation by Air ("WARSAW Convention") and, as such,

arises under a treaty of the United States and this Court has jurisdiction pursuant to 28 U.S.C.

§1331 and/or involves a claim affecting Interstate Commerce within the meaning of 28 U.S.C.

§1337 and/or arising under this Court's ancillary and/or pendent jurisdiction.

         2.       Plaintiff, St. Paul Fire & Marine Insurance Company (hereinafter referred to

as "St. Paul"), is and was at all times hereinafter mentioned a corporation organized and existing

under and by virtue of the laws of the State of Minnesota and provided all-risk cargo insurance for the subject shipments hereinafter described, and maintained an office and place of business at 100 Baylis Road, Melville, New York, 11747.

3.  Plaintiff St. Paul has paid the consignee and owner of the shipment mentioned hereinafter pursuant to a marine cargo insurance policy herein before described and brings this action on its own behalf and as agent and trustee on behalf of and for the interest of all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear, and plaintiff is entitled to maintain this action.  The shipper and consignee hereinafter mentioned have performed all conditions required on their part to be performed with respect to the subject shipment.

4.   Defendant, AMERICAN AIRLINES (hereinafter "AA") is and was a foreign corporation organized and existing under and by virtue of the laws a one of the states of the United States with an office and place of business at 100 E. 42nd Street, New York, New York 10017 and was at all times hereinafter mentioned engaged in business as an international air common carrier of goods for hire.

5.   On or before November 18, 2005, at Columbo, Sri Lanka, defendant received from Gartex Industries, as shipper, a shipment of 494 cartons of men's garments, then being in good order and condition for carriage by air from Columbo, Sri Lanka, to New York, J.F.K. International Airport to be thereupon delivered to Kanan Fashions, the owner of the goods and plaintiff's assured, all pursuant to an airway bill issued by defendant AA numbered 630-2906-1292, dated November 18, 2005.

- 2 -

6. The shipment, when delivered to and received by defendant AA, was in good order and condition.

7. Thereafter, Defendant AA failed to deliver the shipment to the plaintiff's assured, Kanan Fashions, Inc., in the same good order and condition as when shipped, delivered to and received by defendant AA, said shipment having been delivered with water damage and impaired in value.

8. As a proximate result of defendant AA's breach of its obligations as an international air common carrier with respect to the subject shipment as aforesaid, plaintiff's assured has been damaged in the amount of $43,303.91.

9. Plaintiff's assured has performed all of the conditions required on it's part to be performed with regard to the obligations and duties of defendant AA with respect

10. Accordingly, plaintiff St. Paul is entitled to bring this action as subrogee and is entitled to maintain an action against the defendant AA for the losses sustained to the subject shipment.

11. Plaintiff has been damaged in the amount of $43,303.91 which amount, although duly demanded, has not been paid by defendant AA.

WHEREFORE, plaintiff prays:

(a) That process in due form of lay may issue against defendant citing it to appear and answer all and singular the matters aforesaid;

- 3 -

(b)     That if defendant cannot be found within this District, then all of their property within this District be attached in the sum of $43,303.91, with interest thereon and costs, the sum sued for in this Complaint;

(c)     That judgment be entered in favor of plaintiff, St. Paul Fire & Marine Insurance Company, and against defendant American Airlines, in the amount of $43,303.91, with interest and the costs and disbursements of this action; and

(d)     That this Court grant to plaintiff such other and further relief as may be just and proper.

Dated: Mineola, New York
        November 26, 2007

                                    BADIAK & WILL, LLP
                                    Attorneys for Plaintiff
                                    ST. PAUL FIRE & MARINE INS. CO.

                                    BY:_____
                                        James P. Krauzlis (JK-4972)

— 4 —

Exhibit 5

Francis A. Montbach (FAM9631)
Mound Cotton Wollan & Greengrass
Attorney for Defendant
American Airlines, Inc.
One Battery Park Plaza
New York, NY  10004
Tel: (212) 804-4200
Fax (212) 344-8066
*e-mail: fmontbach@moundcotton.com*

---------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ST. PAUL FIRE & MARINE INSURANCE CO.                    Index No.: 07 cv 10593 (GBD)
as subrogor of KANAN FASHIONS, INC.                  :
                                                     :
                  Plaintiff,                         :     **ANSWER**
                                                     :
      - against-                                     :
                                                     :
AMERICAN AIRLINES, INC.; EXPEDITORS                  :
INTERNATIONAL OF WASHINGTON, INC.;                   :
TOWNE AIR FREIGHT, INC.; and CENTRAL                 :
STATES TRUCKING COMPANY,                             :
                                                     :
                  Defendants.                        :
---------------------------------------------------------------X

      Defendant, American Airlines, Inc., by its attorneys, Mound Cotton Wollan &
Greengrass, as and for its Answer to the Complaint herein, alleges:

      FIRST:      Denies knowledge or information sufficient to form a belief as to
the allegations contained in those paragraphs of the Complaint designated "2", "3", "6" and "9".

      SECOND:      Denies each and every allegation contained in that paragraph of the
Complaint designated "4" except that it admits that it is a corporation organized pursuant to the
laws of the State of Delaware, with its principal place of business in Texas; that it does business
in the State of New York; and that it is a duly certified direct air carrier engaged in the

1

transportation of persons and property in interstate and international commerce pursuant to authority granted by the Department of Transportation of the United States.

        THIRD:     Denies each and every allegation contained in that paragraph of the Complaint designated "5" except that it admits that on or about November 23, 2005 it received a shipment of 494 pieces, described as a "consolidation", from SriLankan Airlines, Limited, the contents and condition of which were unknown to American Airlines, Inc. for onward carriage to Chicago, Illinois, pursuant to SriLankan Airlines Limited air waybill 603-2906-1292, for delivery there to the named consignee, Met Logistics.

        FOURTH:     Denies each and every allegation contained in that paragraph of the Complaint designated "11" except that it received demands for payment which it has not honored or paid.

        FIFTH:     Denies each and every allegation contained in those paragraphs of the Complaint designated "7", "8" and "10".

## AS AND FOR A FIRST COMPLETE
## AFFIRMATIVE DEFENSE

        SIXTH:     Any damages allegedly suffered by the plaintiff herein resulted from the acts and/or omissions of certain third parties for whose conduct this defendant is not responsible.

## AS AND FOR A SECOND COMPLETE
## AFFIRMATIVE DEFENSE

        SEVENTH:    The contract of carriage embarked upon by the plaintiff herein was an international transportation and as such was governed, controlled and made subject to the terms and provisions of this defendant's contract of carriage, tariffs and/or the Warsaw Convention, as amended.

2

EIGHTH:     That under the applicable provisions of this defendant's contract of carriage, tariffs and/or the Warsaw Convention, as amended, this defendant has no liability to this plaintiff or to any other person under the contract of carriage for any loss, damage or delay unless the loss, damage or delay is shown to have resulted from the negligence of this defendant.

NINTH:     Upon information and belief, this defendant is not guilty of any negligence and has taken all necessary measures to avoid any loss, damage or delay under the contract of carriage.

### AS AND FOR A THIRD COMPLETE
### AFFIRMATIVE DEFENSE

TENTH:     That under the applicable provisions of this defendant's contract of carriage, tariffs and/or the Warsaw Convention, as amended, this defendant has no liability to this plaintiff or to any other person under the contract of carriage for any loss, damage or delay where such loss, damage or delay is shown to have been caused by or contributed to by the negligence or fault of the plaintiff, its agents, servants and/or employees.

ELEVENTH: Upon information and belief, any loss, damage or delay was caused by or contributed to by the plaintiff, its agents, servants and/or employees.

### AS AND FOR A FOURTH COMPLETE
### AFFIRMATIVE DEFENSE

TWELFTH:   That under the applicable provisions of this defendant's contract of carriage, tariffs and/or the Warsaw Convention, as amended, this defendant has no liability to this plaintiff or to any other person under the contract of carriage for any loss, damage or delay unless a written notice of claim concerning such loss, damage or delay is filed with this defendant within the applicable time limit.

3

THIRTEENTH:     Upon information and belief, the proper written notice of claim concerning such loss, damage or delay was not filed with this defendant within the applicable time limit.

## AS AND FOR A FIFTH COMPLETE
## AFFIRMATIVE DEFENSE

FOURTEENTH:     That under the applicable provisions of this defendant's contract of carriage, tariffs and/or the Warsaw Convention, as amended, this defendant has no liability to this plaintiff or to any other person under the contract of carriage for any loss, damage or delay in that it performed each and every obligation and duty required of it under the contract of carriage and delivered the shipment to the proper party in the same order and condition as received.

## AS AND FOR A SIXTH COMPLETE
## AFFIRMATIVE DEFENSE

FIFTEENTH: That under the applicable provisions of this defendant's contract of carriage, tariffs and/or the Warsaw Convention, as amended, this defendant has no liability to this plaintiff or to any other person under the contract of carriage for any consequential and/or special damages arising out of or in any way connected with the loss, damage or delay under the contract of carriage.

SIXTEENTH: Upon information and belief, the damages allegedly suffered by the plaintiff herein are of a consequential and/or special nature.

## AS AND FOR A SEVENTH COMPLETE
## AFFIRMATIVE DEFENSE

SEVENTEENTH:     That under the applicable provisions of this defendant's contract of carriage, tariffs and/or the Warsaw Convention, as amended, this defendant has no

liability to this plaintiff or to any other person under the contract of carriage for any loss, damage or delay where such loss, damage or delay was caused by or contributed to by the improper packing and/or the inherent nature of the merchandise which was the subject of the transportation involved.

        EIGHTEENTH:    Upon information and belief, any loss, damage or delay allegedly suffered by the plaintiff herein was caused by or contributed to by the improper packing and/or the inherent nature of the merchandise which was the subject of the transportation involved.

AS AND FOR AN EIGHTH COMPLETE
AFFIRMATIVE DEFENSE

        NINETEENTH:    That under the applicable provisions of this defendant's contract of carriage, tariffs and/or the Warsaw Convention, as amended, the plaintiff herein has no standing to maintain this action against this defendant.

AS AND FOR A NINTH PARTIAL
AFFIRMATIVE DEFENSE

        TWENTIETH:    That under the applicable provisions of this defendant's contract of carriage, tariffs and/or the Warsaw Convention, as amended, the liability, if any, of this defendant for any loss, damage or delay is limited.

AS AND FOR A TENTH COMPLETE
AFFIRMATIVE DEFENSE

        TWENTY-FIRST:   The Complaint herein should be dismissed on the grounds of improper venue, in that the transactions giving rise to this action lack any connection with this district and no witnesses are located within the district.

        WHEREFORE, defendant, American Airlines, Inc., demands judgment against the plaintiff dismissing this action, together with costs and disbursements.

5

Dated:  New York, New York
        January  24, 2008.

                              MOUND, COTTON & WOLLAN & GREENGRASS
                              Attorneys for Defendant
                              American Airlines, Inc.

                              By _____

                                  Francis A. Montbach (FAM9631)
                                  Office and P. O. Address
                                  One Battery Park Plaza
                                  New York, New York   10004
                                  (212) 804-4200
                                  fmontbach@moundcotton.com

TO:     BADIAK & WILL
        Attorneys for Plaintiff
        106 Third Avenue
        Mineola, NY   11501-4404

6

AFFIDAVIT OF SERVICE


STATE OF NEW YORK     )
                      ): ss.:
COUNTY OF NEW YORK    )

MARIAN KELLY, being duly sworn, deposes and says:

Deponent is not a party to this action, is over the age of 18 years, and resides in Maywood, New Jersey.

That on January 24, 2008, deponent served the within **ANSWER** on:

Badiak & Will, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, NY 11501-4404

the address designated by said attorney for that purpose by depositing the same, enclosed in a postpaid properly addressed wrapper, directed to said attorney at the above address in an official depository; under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Marian Kelly

Sworn to before me this
24th day of January, 2008

_____
Notary Public

RODANTHI KUCHARSKI
Notary Public State of New York
No. 24-4711680
Qualified in Kings County
Commission Expires October 31, 2010