```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 9 2008
```

# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17371 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

June 5, 2008

**VIA TELEFAX 212-805-6737**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

*/s/ George B. Daniels*

**HON. GEORGE B. DANIELS**

JUN 0 9 2008

RE:   St. Paul Fire & Marine Insurance Company a/s/o Kanan Fashions, Inc.
      v. American Airlines, Inc.
      Docket No.: 07 Civ. 10593 (GBD)

Honorable George B. Daniels:

We represent the plaintiff St. Paul Fire & Marine Insurance Company in the captioned matter and write this letter with the consent of defense counsel, Francis Montbach, in requesting a sixty (60) day extension to the current discovery deadline of June 11, 2008.

In conferring with opposing counsel, it is apparent we will not be able to complete the required discovery within the current deadline of June 11, 2008. It appears depositions will be required of witnesses out of state in Chicago, Illinois, and that deposition can not take place within the current discovery completion date. The parties jointly request that the current discovery deadline of June 11, 2008 be extended for sixty (60) days to August 8, 2008.

This is the first request for an extension of the discovery deadline, and extending the date to August 8, 2008 will not affect the remainder of the dates set forth in the Scheduling Order dated November 30, 2007.

Counsel for both plaintiff and defendant respectfully request that your Honor favorably consider this request for an extension of the discovery deadline to August 8, 2008, so the necessary discovery out-of-state can be completed.

Respectfully submitted,
BADIAK & WILL, LLP

*/s/ James P. Krauzlis*
JAMES P. KRAUZLIS

JPK:jm

**VIA TELEFAX 212-344-8066**
cc:   Mound Cotton Wollan & Greengrass
      One Battery Park Plaza
      New York, New York 10004
      Attn.: Francis A. Montbach, Esq.