JAMES P. KRAUZLIS, ESQ.
BADIAK & WILL, LLP
Attorneys for Plaintiff
106 3rd Street
Mineola, New York 11501
(516) 877-2225
Our Ref. : 07-F-011-JK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ST. PAUL FIRE AND MARINE INSURANCE COM-
PANY a/s/o Kanan Fashions, Inc.,

                              Plaintiff,

        - against -

AMERICAN AIRLINES, INC.,

                         Defendant.

-------------------------------------------------------------x

ECF CASE

07 Civ. 10593 (GBD)

AFFIRMATION

JAMES P. KRAUZLIS, an attorney duly admitted to the practice of law in New

York and a member of the bar of this Honorable Court, affirms under the penalty of perjury:

       1. I am a partner of the law firm Badiak & Will, LLP, attorneys for St. Paul Fire and

Marine Insurance Company ("St. Paul"), as subrogee of Kanan Fashions, Inc. ("Kanan") and am

fully familiar with the facts of this case and with the prior proceedings had herein.

       2. This affirmation is submitted in opposition to American Airlines, Inc.,

("American") motion for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure

dismissing the complaint of St. Paul with prejudice.

3. The basis for this affirmation is the undersigned's discussions with Antionette Alvarez nee Romero, formerly employed as the Logistics Manager for Kanan and now employed as the Inventory Supply Chain Analyst for Kanan, and the documents produced from the files of Kanan. Ms. Alvarez was personally involved in the logistics of arranging for the air carriage of the subject shipment from the supplier in Sir Lanka up to and including delivery to Kanan's distribution warehouse in the Chicago area. The undersigned attempted to obtain an affidavit from Ms. Alvarez in lieu of the undersigned's affirmation, but Ms. Alvarez was not presently available to provide an affidavit. Should this Honorable Court prefer, the undersigned will obtain an affidavit from Ms. Alvarez covering the factual points set forth herein upon her being available and will submit said to the Court at that time.

4. On or before November 16, 2005, Kanan purchased 5,928 pieces of Mens' Fleece Jackets from Gartex Industries Lanka (Pvt), Ltd. ("Gartex"), in Biyagama, Sri Lanka. Under the terms of the purchase agreement, Kanan was the consignee and purchaser of the goods, with Met Logistics, Kanan's receiving agent and customs broker, designated as the Notify Party. The terms of sale were FOB Ex Factory, which meant Kanan took delivery of the goods from the Gartex factory in Sri Lanka and arranged for carriage of the cargo from Sri Lanka to Chicago. A commercial invoice was issued by Gartex numbered GTX/K/005/05 and dated November 16, 2005, covering this transaction. Attached hereto as "Exhibit 1" is a true and actual copy of the aformentioned commercial invoice, referred to herein.

5. Kanan retained the services of Expolanka Freight Limited, an international air & sea freight forwarder located in Colombo, Sri Lanka, to make the necessary arrangements in taking

delivery of the shipment from the Gartex factory, and to also arrange for the carriage of the subject shipment from Colombo, Sri Lanka, to Chicago, Illinois.

6.   Expolanka Freight Limited, acting as an international air freight forwarder, arranged for air carriage of the subject shipment for Kanan Fashions from the airport of origin, Colombo, Sri Lanka, to Chicago, O'Hare International Airport, by booking the shipment with the international air carrier Sri Lankan Airlines for carriage from Colombo, Sri Lanka, to London's Heathrow Airport and, thereafter, carriage by American from Heathrow to Chicago, all of which was pursuant to an air waybill issued on behalf of Sri Lankan Airlines Limited numbered 603-2906-1292, dated November 18, 2005 ("master air waybill").  Attached hereto as "Exhibit 2" is a true and actual copy of the air waybill numbered 603-2906-1292 issued on behalf of Sri Lanka Airlines Limitedal dated November 18, 2005, referred to herein.

7.   In booking the air carriage of the subject shipment under the master air waybill for Kanan, Expolanka designated Met Logistics as the consignee pursuant to the instructions of Kanan as Met Logistics was retained by Kanan to act as its receiving and customs clearing agent to receive and clear the shipment through customs upon arrival at Chicago.

8.   Thereafter, Expolanka issued its house air waybill numbered EFL 000098220, dated November 19, 2005 ("house air waybill"), covering the aforementioned air carriage arrangement.  Attached hereto as "Exhibit 3" is a true and actual copy of the air waybill numbered EFL 000098220 issued by Expolanka dated November 19, 2005, referred to herein.

9.   Expolanka Freight Limited ("Expolanka") issued an invoice to Kanan for the services rendered by Expolanka in booking and arranging the international air carriage of the subject

shipment from Colombo to Chicago, which was paid by Kanan. Attached hereto as "Exhibit 4" is a true and actual copy of the Invoice issued by Expolanka to Kanan referred to herein.

10. Kanan hired Met Logistics to act as Kanan's receiving agent and customs broker for purposes of clearing the subject shipment upon its arrival in Chicago and for taking delivery of the goods from American Airlines and carrying same to Creative Warehouse, pursuant to the instructions and directions of Kanan to Met Logistics.

11. In booking the air carriage of the subject shipment for Kanan, Expolanka designated Met Logistics as the consignee pursuant to the instructions of Kanan as Met Logistics was hired by Kanan to act as its receiving agent and customs clearing agent to receive and clear the shipment through customs. Accordingly, Met Logistics issued a Delivery Order to permit the trucker hired by Met Logistics, Screaming Eagle, to take delivery of the shipment from American Airlines at O'Hare International Airport in Chicago and to deliver the shipment at Creative Warehouse in Aurora, IL, c/o Kanan. Attached hereto as "Exhibit 5" is a true and actual copy of the Delivery Order referred to herein.

12. Pursuant to it's agency relationship, Met Logistics received the subject shipment on behalf of Kanan from American Airlines at the American Airlines Cargo facility at Chicago's O'Hares International Airport.

13. At the time of receipt of the subject shipment from American in Chicago by Met Logistics, as receiving agent for Kanan, Met Logistics reported to its principal, Kanan, that the trucker hired to receive and deliver the shipment was received from American advised that the shipment was received from American wet and possibly with damaged cartons. This advice was

sent by Met Logistics to Kanan by an email dated December 2, 2005. Attached hereto as "Exhibit 6" is a true and actual copy of the email sent by Met to Kanan on December 2, 2005, referred to herein.

14. Pursuant to it's duties as the customs broker for Kanan, Met Logistics prepared and filed an Entry Summary covering the cargo, dated December 13, 2005, in which it notes the importer of record was Kanan. Attached hereto as "Exhibit 7" is a true and actual copy of the Entry Summary filed by Met Logistics for Kanan on December 13, 2005, as Customs Broker, referred to herein.

15. Met Logistics charged Kanan for it's services as receiving agent and customs agent, including a fee for taking delivery of the subject shipment from American on Kanan's behalf and delivery same to Creative Warehouse pursuant to the instructions and directions of Kanan to Met Logistics and issued an invoice dated December 15, 2005 covering the charges for it's services. Attached hereto as "Exhibit 8" is a true and actual copy of the Invoice issued by Met Logistics to Kanan dated December 15, 2005, referred to herein.

16. On or before March 14, 2006, Kanan submitted a claim with St. Paul under a Cargo Insurance Policy numbered OC01200350 issued by St. Paul to Kanan and covering the subject shipment, and St. Paul issued payment to Kanan for the losses sustained to the subject shipment during air transit in the amount of $33,303.91, which represented the total claim of $43,303.91 less a deductible of $10,000.00, and thereafter, on May 16, 2007, in exchange for the claim payment, Kanan executed a Subrogation Receipt on behalf of St. Paul, assigning to St. Paul all the rights, claims and interest which Kanan has against any person or corporation in respect to

the loss, damage or expense suffered by Kanan. Attached hereto as "Exhibit 9" is a true and actual copy of the Subrogation Receipt issued by Kanan on May 16, 2007, referred to herein.

17. Pursuant to the agreement and practice between St. Paul and Kanan, St. Paul thereafter filed a complaint against American Airlines in connection with the damages sustained to the subject shipment and pursuant to said subrogation rights St. Paul claimed the full extent of the claim suffered by Kanan, including both the amount paid to Kanan in the amount of $33,303.91 and Kanan's deductible in the amount of $10,000.00, for a total amount claimed in the subject Complaint of $43,303.91.

Dated: Mineola, New York
      June 27, 2008

JAMES P. KRAUZLIS (JK-4972)

Index No.: 07 CV 10593 (GBD)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
)SS.:
COUNTY OF NASSAU )

**I, Luz M. Webb,** being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age and reside c/o Badiak & Will, LLP, 106 3rd Street, Mineola, New York 11501-4404.  On June 27, 2008  I served the within AFFIRMATION on:

Attn: Francis A. Montbach
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, New York 10004

by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

LUZ M. WEBB

Sworn to before me this
27th day of June, 2008

NOTARY PUBLIC

JAMES P. KRAUZLIS
Notary Public, State of New York
No. 02KR5051531
Qualified in Suffolk County
Commission Expires Nov. 6,
1/11/2010

**EXHIBIT 1**

# *Gartex Industries Lanka (Pvt) Ltd.*

P.O. Box 06, Export Processing Zone, Sri Lanka.Tel:01- 485187-9,Fax:01-465172,01-465178.
E-mail: gartex@gartexlk.com

## COMMERCIAL INVOICE

| SHIPPER / SELLER | CONSIGNEE | | INVOICE NO. | | GTX/X/0050/ |
|---|---|---|---|---|---|
| Gartex Industries Lanka (Pvt) Ltd P.O. Box 08, E.P.Z. Biyagama, Sri Lanka | KANAN FASHION INC., 1TW, 22nd Street Suite 220, oakbrook terrace, Il-80181(USA) ATTN: P. Joshi Tel: 01-630-833-1234        Fax 630-833-1237 | | DATE: | | 16-Nov-0: |
| | | | PAGE: | 1    OF | 1 |
| | NOTIFY : MET LOGISTICS 333, Pierce Road, STE 150B, Itasca, IL 60143 Tel: 630-735-0175 , Fax: 630-735-0210 Attn: Heather Hughes | | | | |
| | | | COMPLETE        X    PARTIAL | | |
| | | | BALANCE | | |
| GOODS DELIVERED TO :   CHICAGO U.S.A | FOR EXPORT VIA:   AIR X   SEA    POST | | | | |
| SHIPPED PER :        BY AIR | ON   21-Nov-05     FROM    SRI LANKA  TO      CHICAGO U.S.A | | | | |
| TERM: EX-FACTORY       FOB     X | PACKING : AT COST    INCLUDED  PAYMENT :   LETTER OF CREDIT  X | | | | |

Knitted, not out door.

| SHIPPING MARK | STYLE (ITEM) NUMBER | DESCRIPTION OF GOODS (Indicate Sizes & Colors when applicable) | | GRAND TOTAL QUANTITY | UNIT PRICE (USD) "FOB" | GRAND TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| DESTINATION: KANAN FASHIONS MADE IN SRI LANKA | | MEN'S FLEECE JACKET | | 6 1 0 3 3 2 0 0 0 0 | | |
| | | PO# | COLOR | | | |
| CARTON NO:  1–83 | J9133-N-S | J9133-N-S-1105 | NAVY W/WHITE STRIPES | 996 PCS | 4.00 /PC US$ | 3,984.0 |
| CARTON NO:  84–162 | J9133-B-S | J9133-B-S-1105 | BLACK W/WHITE STRIPES | 948 PCS | 4.00 /PC US$ | 3,792.0 |
| CARTON NO:  163–247 | J9133-HG-S | J9133-HG-S-1105 | HEATHER GREY W/WHITE STRIPES | 1,020 PCS | 4.00 /PC US$ | 4,080.0 |
| | | MEN'S FLEECE PANT | | 6103 421020 | | |
| | | PO# | COLOR | | | |
| CARTON NO:  1–83 | P9132-N-S | P9132-N-S-1105 | NAVY W/WHITE STRIPES | 996 PCS | 4.00 /PC US$ | 3,984.C |
| CARTON NO:  84–162 | P9132-B-S | P9132-B-S-1105 | BLACK W/WHITE STRIPES | 948 PCS | 4.00 /PC US$ | 3,792.C |
| CARTON NO:  163–247 | P9132-HG-S | P9132-HG-S-1105 | HEATHER GREY W/WHITE STRIPES | 1,020 PCS | 4.00 /PC US$ | 4,080.C |
| | | TOTAL CARTONS   494 | | | | |
| | | TOTAL CBM    59.62 | | | | |
| | | DELIVERY TO CHICAGO | | 5,928 PCS | USD | 23,712.C |
| | | TOTAL AMOUNT US$ TWENTY THREE HUNDRED SEVEN HUNDRED TWELVE ONLY | | | | |

c/o LK

GARTEX INDUSTRIES LANKA (PRIVATE) LTD.

Authorized Signature.

**EXHIBIT 2**

603 CMB 29061292                    INTL                    603 29061292

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable | | |
|---|---|---|---|---|
| EXPOLANKA FREIGHT LTD<br>10 MILE POSTAVENUE<br>P.O.BOX1152<br>COLOMBO 3/LK | 000000010007 | **Air Waybill**<br>Issued by<br>Level 22, East Tower, World Trade Centre,<br>Echelon Square, Colombo 1, SriLankan<br>www.srilankancargo.com<br>www.srilankan.aero | SRI LANKAN AIRLINES<br>COLOMBO<br>SriLankan Airlines Limited | |

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| MET LOGISTICS<br>333 PIERCE ROAD STE 150B ITASCA IL<br>ATTN HERMER HUGHES<br>UNITED STATES/US    TP-FAX 63 | |

| Issuing Carrier's Agent Name and City | Accounting Information |
|---|---|
| EXPOLANKA FREIGHT - 010007//AH | |

| Agent's IATA Code | Account No. |
|---|---|
| 0730001 | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing |
|---|
| COLOMBO |

| Reference Number | Optional Shipping Information |
|---|---|
| AH//01USD/101.85LKR-CMB | |

| To | By First Carrier | Routing and Destination | To | By | To | By | Currency | CHGS<br>Code | WT/VAL | | Other | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | PPD | COLL | PPD | COLL | | |
| LMR | UL | | | | ORD | AA | LKR | PX | X | | X | | NVD | NCV |

| Airport of Destination | Requested Flight/Date | Amount of Insurance | INSURANCE – If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance". |
|---|---|---|---|
| O HARE INTERNATIONAL | UL0505/22 | NIL | |

| Handling Information |
|---|
| LOCN-ANB2/ 494P |
| INFO-POUCH ATTACHED |

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 494 | 5225.0K | Q | | | | | CONSOL |
| 494 | 5225.0K | | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | | | |
| | Valuation Charge | | |
| | Tax | | |
| | Total Other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| | Total Other Charges Due Carrier | | |
| | | | |
| Total Prepaid | Total Collect | | Signature of Shipper or his Agent |
| Currency Conversion Rates | CC Charges in Dest. Currency | | 18NOV05                    CAK                    SACH |
| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges | Executed on    (date)    at    (place)    Signature of Issuing Carrier or its Agent<br>TIME ACCPT 2146<br>DATE ACCPT 21NOV05 |

**EXHIBIT 3**

19-11-2005    COLOMBO    EX]

| Shipper's Name and Address | A/C No | | |
|---|---|---|---|

GARTEX INDUSTRIES LANKA (PVT) LTD
P.O.BOX 08 , EXPORT PROCESSING ZONE ,
BIYAGAMA,
SRI LANKA.

**EFL 000 58**
**EXPOLANKA FREIGHT LIMITED**
INTERNATIONAL AIR & SEA FORWARDERS
10, Milepost Avenue, Colombo 3, Sri Lanka
Phone: 94 (11) 4791000 (Multiple Lines) Telex: 21315 EXPLNKA CE
Fax: 94 (11) 2574213, 94 (11) 2576725
E-mail: expocmb@expolanka.com Web Site: www.expolankafreight.com

COPIES MARKED ORIGINAL ARE ORIGINALS AND HAVE SAME VALIDITY

| Consignee's Name and Address | A/C No |
|---|---|

KANNAN FASHIONS INC
17W, 22ND STREET, SUITE 220, OAKBROOK
TERRACE
IL 60181 (USA)
ATTN. 01-630-83301234
FAX. 630-833-1237

THE SHIPPER ("THE CUSTOMER") CERTIFIES THAT THE PARTICULARS ON THE
FACE HEREOF ARE CORRECT AND AGREES TO THE CONDITIONS SET OUT ON THE
REVERSE SIDE HEREOF WHICH SHALL BE DEEMED TO BE INCORPORATED HEREIN

Signature of Shipper

| Notify Party | Special Instructions |
|---|---|

MET LOGISTICS
333, PIERCE ROAD, STE 150 B,
ITASCA, IL 60143.TEL. 630-735-0176
FAX. 630-735-0210
ATTN. HEATHER HUGHES
FAX. 630-833-1237

| Currency | CHGS Code | WT/VAL PP CC | Other PP CC | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|
| USD | C | | X | | |

| Airport of Departure and Requested Routing | Amount of Insurance |
|---|---|
| COLOMBO, SRI LANKA | INSURANCE. If shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked "Amount of Insurance" |

| Destination | MASTER AIRWAYBILL NO. | CARRIER AND FLIGHT NO. | |
|---|---|---|---|
| CHICAGO | 603-2906 1292 | UL 505 | 21-11-2005 |

| No. of Packages & Method of Packing | Actual Gross Weight | Kg/lb. | Chargeable Weight | Rate/Charge | Description and Marks |
|---|---|---|---|---|---|
| 494 CTNS | 5,225.00 Kg | | 10936.00 | AS AGREED | 247 CARTONS SAID TO CONTAIN 2964 PCS OF MEN'S FLEECE JACKET |

MARKS & NOS
DESTINATION:
CHICAGO, USA
KANNAN FASHIONS
MADE IN SRI LANKA

247 CARTONS SAID TO CONTAIN
2964 PCS OF MEN'S FLEECE PANT

TOTAL - 494 CTNS

FOR DETAILS PLS SEE ATTACHED SHEET

FREIGHT COLLECT

| Prepaid | Air Freight | Collect |
|---|---|---|
| | AS AGREED | |
| | Govt Tem Chgs./A.D.C. | |
| | CTR Loading Charge | |
| | IATA CTR Breakdown Charge | |
| | Handling Charge | |
| | Cartage | |
| | Insurance Premium | |
| | Other Charges | |
| Total Prepaid | | Total Collect |
| Fcr Office Use only at Destination | | Charges at Destination | Total Collect Charges |

85X69X55 cm 494 CTNS

DOC to Accompany Airbill
COMMERCIAL INVOICE
PACKING LIST
DECLARATION

| DESTINATION CHARGES | |
|---|---|
| Freight | |
| Entry | |
| Extra Lines | |
| Duty | |
| Delivery | |
| R/C | |
| Total | |

19-11-2005    COLOMBO    EXPOLANKA

| Executed on (Date) | at (Place) | Signature of Issuing Agent |
|---|---|---|

EFL 000098220

**EXHIBIT 4**

# EXPOLANKA FREIGHT LIMITED

**IATA** INTERNATIONAL AIR & SEA FORWARDERS
NO. 10, MILE POST AVENUE, COLOMBO 3, SRI LANKA.

PHONE : 94 (11) 4791000 (Multiple Lines)
FAX : 2574213, 94 (11) 25767
E mail : expocmb@expolanka.com
Web Site : www.expolankafreight.com

## INVOICE

KANAN FASHION INC
17W 220,22ND STREET,
SUITE 220,OAKBROOK TERRACE,IL-60181,
UNITED STATES

INVOICE NO : 11-I-20171

DATE : 03/12/2005

JRS NO : 11-05/06-03328

VAT NO : 104083536-7000

| FLIGHT | UL 505 | | | FLIGHT DATE | 21/11/2005 |
|---|---|---|---|---|---|
| DESTINATION | CHICAGO | | | | |
| CTNS | 494 | MAWB NO | 603-2906 1292 | HAWB NO | EFL 000098220 |
| | | WEIGHT | 10,936.00 | USD @ 101.85 RS | |

| PARTICULARS | | USD | Cts. |
|---|---|---|---|
| FREIGHT CHARGES | ( 10,936.00KG x 2.55USD = 27,886.80 ) | 27,886.80 | |
| FUEL CHARGES | ( 5,225.00KG x 0.55USD = 2,873.75 ) | 2,873.75 | |
| WAR RISK SURCHARGE | ( 5,225.00KG x 0.10USD = 522.50 ) | 522.50 | |
| ADVANCE MANIFEST CHG | ( 1.00FT x 7.00USD = 7.00 ) | 7.00 | |

Vendor ID: EFL
Account#: 5505
VCH/RCT#: 30732
Date Entered: 12/22/05

POSTED

USD: THIRTY-ONE THOUSAND TWO HUNDRED NINETY AND CENTS FIVE ONLY

| Remarks : | | | 31,290.05 |
|---|---|---|---|
| | Total | — | |
| | Deductions | — | 31,290.05 |
| E.& O. E. | Net Due | — | |

Terms : Service rendered as per our Trading Conditions.
The account will be correct unless queried within 7 days.

For **EXPOLANKA FREIGHT LTD.**

..........................................
Authorised Signatory

Cheques must be crossed and drawn in favour of Expolanka Freight Limited.

**EXPO LANKA**

**EXHIBIT 5**



**MET LOGISTICS CHB,LLC**
333 PIERCE ROAD
SUITE 150B
ITASCA, IL 60143 US

Tel: 630-735-0162
Fax: 630-735-0225

KANAN FASHIONS INC
17W220 22ND ST STE 220
OAKBROOK TERRACE, IL 60181-4477 US

| DATE | OUR REF.NO. |
|------|-------------|
| 12/01/2005 | 3907692 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND FORWARDED AS
FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT OF / ORIGIN AIRPORT |
|-------------------|----------|-------------------------------|
| AMERICAN AIRLINES (AM | AMERICAN AIRLINES CARGO | |

| B / L OR AWB NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|------------------|--------------|----------------|--------|
| 60329061292 | 11/24/2005 | 12/04/2005 | SCREAMING EAGLE |

| INLAND CARRIER | HAWB NO. | ENTRY NO. | CUST. REF. NO. |
|----------------|----------|-----------|----------------|
| | EFL000098220 | BLD-3907692-0 | |

**FOR DELIVERY TO**      **ROUTE**

CREATIVE WHSE C/O KANAN FASHIONS
1103 BUTTERFIELD ROAD
AURORA, IL 60504 US
Contact: ANTIONETTE 630-600-3151

3 hrs @ AA

NOTIFY: Rebuilt 14 of 18 skids

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|--------------|-----------------------------------------------------|--------|------------|
| 494 CTN | MEN'S KNIT FLEECE JACKET & FLEECE PANT<br>ISSUER  MASTER 60329061292<br>EFL000098220 | 24110 LB | |

48606
494

dulio de la Torre
julio de la Torre
12-5-05   9:00 a.m.
486 ctns.

**INLAND FREIGHT** ➡

| PREPAID / COLLECT |
|-------------------|
| PREPAID |

Received in Good Order
By:

Liability, including negligence is limited to the sum of $50.00 per shipment, unless a greater valuation shall be paid for or agreed to be paid in writing prior to shipping.

DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE

PER MARIA YOUNGJUK KIM

Page 1
ORIGINAL

**EXHIBIT 6**

## Janene Porten

**From:**    Janene Porten
**Sent:**    Friday, December 02, 2005 2:32 PM
**To:**    'Antionette Romero'
**Cc:**    Maria Kim
**Subject:** 603-29061292

Good Afternoon, Antionette.

Please be advised I received a call from my trucker who is at American Airlines and is noting wet and possibly damaged cartons. He is not sure of the total count yet but they are getting all of the information on these now. I have also confirmed this information with a supervisor at American Airlines.
My trucker has informed me that American Airlines did not put the cartons properly onto skids and there will be additional charges for re-stacking of the skids and the additional time.

Please let me know what you would like to be done from here.

I will let you know as soon as I have more information.

Best Regards,

*Janene Porten*
MET Logistics CHB, LLC
333 Pierce Road, Suite 150B
Itasca, IL  60143
Phone: 630-735-0196
Fax: 630-735-0210
Email: janene.porten@metlogistics.com

12/15/2005

**EXHIBIT 7**

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

## ENTRY SUMMARY

MET Logistics CHB, LLC
333 Pierce Rd, Ste 150B
Itasca, IL 60143

| 1. Entry No. | 2. Entry Type | 3. Entry Summary Date |
|---|---|---|
| 3907692-0 | 01 ABI/A | 12/13/2005 304 |

| 4. Entry Date | 5. Port Code | |
|---|---|---|
| 12/01/2005 | 3901 | PAPERLESS |

| 6. Bond No. | 7. Bond Type Code | 8. Broker/Importer File No. |
|---|---|---|
| 353 | 8 | 3907692 |

9. Ultimate Consignee Name and Address

| 10. Consignee No. | 11. Importer of Record Name and Address | 12. Importer No. |
|---|---|---|
| SAME | KANAN FASHIONS INC<br>17W220 22ND ST STE 220<br>OAKBROOK TERRACE, IL 60181-4477 | 36-382347700 |

| 13. Exporting Country | 14. Export Date |
|---|---|
| LK | 11/24/2005 |

| 15. Country of Origin | 16. Missing Documents |
|---|---|
| LK | |

IL
STATE

| 17. I.T. No. | 18. I.T. Date |
|---|---|

| 19. BL or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| 60329061292 | 40 | LKGARIND8BIY | |

| 23. Importing Carrier | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. |
|---|---|---|
| AA | | FIRMS: I317-AMERICAN AIRLINES CARGO |

| 26. U.S. Port of Unlading | 27. Import Date | FLT: 047 |
|---|---|---|
| 3901 | 11/24/2005 | |

| 28. Line No. | 29. Description of Merchandise<br>30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | INVOICE 00001<br>GTX/K/005/05<br>SUIT-TYP JK/BL,M/B,COTT,KN/CR | | | NOT RELATED | | | |
| 001 | 6103.32.0000<br>CAT 333<br>MERCHANDISE PROCESSING FEE | 5468 | 247 DOZ<br>(2123 KG ) | 11856<br>C16404 | 13.5%<br><br>0.21% | 1600.<br><br>24. | 56<br><br>90 |
| 002 | TRSRS,BRCHS,MEN'S,COTN,NIT/CRO<br>6103.42.1020<br>CAT 347<br>MERCHANDISE PROCESSING FEE<br>COTTON FEE | 5468 | 247 DOZ<br>(1878 KG )<br><br>(1878) | 11856<br>C16404 | 16.1%<br><br>0.21%<br>0.00728/KG | 1908.<br><br>24.<br>13. | 82<br><br>90<br>67 |

BLOCK 39 SUMMARY:
MPF          499        49.80    TEV$23712.00
COTTON IMPORT   056      13.67

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
[ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [X] owner or purchaser or agent thereof.
I further declare that the merchandise
[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.
I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice Required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect statistical information on imports. Your response is mandatory. (Continued on back of form.)

| U.S. CUSTOMS USE | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty | 3509.38 |
| | C. Ascertained Tax | 38. Tax | |
| | D. Ascertained Other | 39. Other | 63.47 |
| | E. Ascertained Total | 40. Total | 3572.85 |

41. Signature of Declarant, Title, and Date
MARIA YOUNGJUK KIM, A.I.F.                12/15/2005

EDITRADE

MULTIPLE USE

Customs Form 7501 (112295)

**EXHIBIT 8**

**LOGISTICS CHB, LLC**
353 PIERCE ROAD
SUITE 150B
ITASCA, IL 60143
Phone: 630-735-0145  Fax: 630-735-0210

# INVOICE

SERVICES BILLED TO:

KANAN FASHIONS INC
17W220 22ND ST STE 220
OAKBROOK TERRACE, IL  60181-4477

| ACCT. NO. KANFAS | INVOICE NO. 3907692 |
|---|---|
| INVOICE DATE 12/15/2005 | FILE NO. 3907692 |
| DUE DATE 01/14/2006 | YOUR REFERENCE NO. |
| TERMS 30 DAYS AFTER BILLING DATE | |

| AIRLINE/STEAMSHIP AMERICAN AIRLINES (AMERICAN EAGLE) 047 | MASTER 60329061292 | HOUSE EFL000098220 |
|---|---|---|

| ARRIVAL DATE 11/24/2005 | DEPARTURE DATE 11/24/2005 | SHIPPER/CONSIGNEE GARTEX INDUSTRIES LANKA | ORIGIN/DESTINATION |
|---|---|---|---|
| PIECES 494 | WEIGHT 10,936 KGS | KANAN FASHIONS INC | CHICAGO, IL |

| DATE OF ENTRY 12/01/2005 | ENTRY # BLD-3907692-0 | DESCRIPTION MEN'S KNIT FLEECE JACKET & FLEECE P |
|---|---|---|

| | | THE IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOM PENALTIES |
|---|---|---|
| DUTY PAID DIRECT $3,572.85 | | |
| ENTRY FEE | 75.00 | |
| MESSENGER SERVICE FEE | 10.00 | |
| AIR TERMINAL | 25.00 | |
| CARTAGE PLUS $150 RESTACKING FEE | 542.00 | |

Vendor ID:  METL          Vendor ID:  USC

Account#:  SS27          Account#:  CS00

VCH/RCT#:  37025          VCH/RCT#:  50905

Date Entered:  1/6/05          Date Entered:  1/3/06

| SUBTOTAL | 652.00 |
|---|---|
| INTREST | 0.00 |
| LESS DEPOSIT | 0.00 |
| PLEASE PAY THIS AMOUNT | 652.00 |

REMARKS
THANK YOU FOR YOUR BUSINESS
WITH MET LOGISTICS CHB,LLC
A 2% CHARGE WILL BE APPLIED TO ALL
INVOICES THAT ARE PAST 30 DAYS

**IMPORTANT: SEE TERMS AND CONDITIONS OF SERVICE ON REVERSE SIDE.**

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties,taxes or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to the "U.S. Customs Service" which shall be delivered to Customs by the broker.

ORIGINAL INVOICE

**EXHIBIT 9**

**ST PAUL
TRAVELERS**

St Paul Fire & Marine
P. O. Box 9093, MC MC9093
100 Baylis Road
Melville, NY 11747-9093
Telephone: (631) 577-7397
Fax: (631) 577-7877

## SUBROGATION RECEIPT

POLICY NO/CLAIM NO.      OC0120035012H002 (V2Q9768)
ASSURED:                 Kanan Fashions, Inc.
DATE OF LOSS:            12/02/2005

Received of the St. Paul Fire and Marine Insurance Company the sum of Thirty three Thousand Three Hundred &
Three & 91/100 Dollars ($33,303.91) in full settlement of all claims and demands of the undersigned for loss of or
damage or expense in respect of (details of loss) Water Damage to clothing.
*In consideration of said payment:*

The undersigned subrogates, assigns and transfers to said Insurance Company all the rights, claims and interest
which the undersigned may now or in the future have, in contract or tort, in general average or otherwise, against
any person or corporation in respect of the loss, damage or expense suffered by the undersigned or on its behalf.

The undersigned authorizes the said Insurance Company to sue, in the undersigned's name and compromise or settle
all such claims and to execute and sign releases and acquittances and endorse checks or drafts given in settlement of
such claims in the name of the undersigned with the same force and effect as if the undersigned executed or
endorsed them.

The undersigned covenants and agrees to cooperate fully and assist said Insurance Company in the prosecution of
any actions or claims, and to procure and furnish all witnesses, papers, documents or things necessary in such
proceedings, to attend and testify at any court proceedings, execute documents and perform such other acts as may
be requested by said Insurance Company in connection with such actions or claims.

The undersigned warrants that it is the sole owner of any said property and is the one entitled to enforce all claims
and causes of action whatsoever arising from loss or damage to said property. The undersigned further warrants that
no settlement has been made with any person or corporation against whom a claim may lie, and no release has been
given to anyone and that no such settlement will be made nor release given by the undersigned without written
consent of said Insurance Company.

The undersigned warrants that said payment shall not inure to the benefit of any carrier under the provisions of any
contract of carriage or otherwise; that in making payment the said Insurance Company does not waive any rights of
subrogation or otherwise against any carrier or bailee; and that the acceptance of this receipt shall not prejudice or
take away any rights or remedies which the said Insurance Company would otherwise have by virtue of such
payment.

Authorized Signature
Print Name and Title          P.R. JOSHI, CFO.

State of Illinois
County of DuPage

On this 16th day of May, 2007 before me personally appeared
_____ to me known, and known to me to be the same person described in and who executed
the within instrument, and he acknowledged to me that he executed the same.

1/23/2010                                    Notary Public
My Commission Expires:

GROSS CLAIM:        $43,303.91
LESS DEDUCTIBLE:    $10,000.00
NET CLAIM:          $33,303.91

**Please sign and return to:**  St. Paul Travelers
                                Global Marine Recovery
                                100 Baylis Road
                                P.O.Box 9093
                                Melville, NY  17747-9093

KRISTEN JUNG
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
January 23, 2010