JAMES P. KRAUZLIS, ESQ.
BADIAK & WILL, LLP
Attorneys for Plaintiff
106 3rd Street
Mineola, New York 11501
(516) 877-2225
Our Ref. : 07-F-011-JK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

ST. PAUL FIRE AND MARINE INSURANCE COM-
PANY a/s/o Kanan Fashions, Inc.,

                                 Plaintiff,

       - against -

AMERICAN AIRLINES, INC.,

                                Defendant.

--------------------------------------------------------------------x

ECF CASE

07 Civ. 10593 (GBD)

AFFIDAVIT OF
ANTIONETTE ALVAREZ

State of Illinois      :

County of          :

    ANTIONETTE ALVAREZ, being duly sworn, deposes and says:

    1. I am currently employed by Kanan Fashions as an Inventory Supply Chain Analyst but was also employed by Kanan at the time of the subject shipment as Logistics Manager, my name before being married being Antionette Romero. As Logistics Manager at the time for Kanan Fashions, Inc. ("Kanan") I am fully familiar with the facts of this case and was personally involved in arranging for the transportation of this shipment from the shipper/seller, Gartex Industries Lanka (Pvt.), Ltd., in Biyagama, Sri Lanka.

2.    This affirmation is submitted in opposition to American Airlines, Inc., ("American") motion for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing the complaint of St. Paul with prejudice.

3.    On or before November 16, 2005, Kanan purchased 5,928 pieces of Mens' Fleece Jackets from Gartex Industries Lanka (Pvt), Ltd. ("Gartex"), in Biyagama, Sri Lanka. Under the terms of the purchase agreement, Kanan was the consignee and purchaser of the goods, with Met Logistics, Kanan's receiving agent and customs broker, designated as the Notify Party. The terms of sale were FOB Ex Factory, which meant Kanan took delivery of the goods from the Gartex factory in Sri Lanka and arranged for carriage of the cargo from Sri Lanka to Chicago. A commercial invoice was issued by Gartex numbered GTX/K/005/05 and dated November 16, 2005, covering this transaction.    Attached hereto as "Exhibit 1" is a true and actual copy of the aforementioned commercial invoice, referred to herein.

5.    Kanan retained the services of Expolanka Freight Limited, an international air & sea freight forwarder located in Colombo, Sri Lanka, to make the necessary arrangements in taking delivery of the shipment from the Gartex factory, and to also arrange for the carriage of the subject shipment from Colombo, Sri Lanka, to Chicago, Illinois.    As the Logistics Manager, I was personally responsible and involved in making those arrangements.

6.    Expolanka Freight Limited, acting as an international air freight forwarder and at our request, arranged for air carriage of the subject shipment for Kanan Fashions from the airport of origin, Colombo, Sri Lanka, to Chicago, O'Hare International Airport, by booking the shipment with the international air carrier Sri Lankan Airlines for carriage from Colombo, Sri Lanka, to

London's Heathrow Airport and, thereafter, carriage by American from Heathrow to Chicago, all of which was pursuant to an air waybill issued on behalf of Sri Lankan Airlines Limited numbered 603-2906-1292, dated November 18, 2005 ("master air waybill"). Attached hereto as "Exhibit 2" is a true and actual copy of the air waybill numbered 603-2906-1292 issued on behalf of Sri Lanka Airlines Limited dated November 18, 2005, referred to herein.

7.  In booking the air carriage of the subject shipment under the master air waybill for Kanan, and at my request, Expolanka designated Met Logistics as the consignee pursuant to the instructions of Kanan as my office retained Met Logistics to act as Kanan's receiving and customs clearing agent to receive and clear the shipment through customs upon arrival at Chicago.

8.  Thereafter, Expolanka issued its house air waybill numbered EFL 000098220, dated November 19, 2005 ("house air waybill"), covering the aforementioned air carriage arrangement. Attached hereto as "Exhibit 3" is a true and actual copy of the house air waybill numbered EFL 000098220 issued by Expolanka dated November 19, 2005, referred to herein.

9.  Expolanka Freight Limited ("Expolanka") issued an invoice to Kanan for the services rendered by Expolanka in booking and arranging the international air carriage of the subject shipment from Colombo to Chicago, which was paid by Kanan, under my direction. Attached hereto as "Exhibit 4" is a true and actual copy of the Invoice issued by Expolanka to Kanan referred to herein.

10.  It was my job to hire Met Logistics to act as Kanan's receiving agent and customs broker for purposes of clearing the subject shipment upon its arrival in Chicago through U.S. Customs and for taking delivery of the goods from American Airlines and carrying same to

Creative Warehouse, and as Logistics Manager I did so retain and hire Met logistics to perform the aforementioned services on behalf of Kanan.

11. In booking the air carriage of the subject shipment for Kanan, I requested Expolanka to designate Met Logistics as the consignee as Kanan had retained Met Logistics to act as Kanan's receiving agent and customs clearing agent to receive and clear the shipment through customs. Accordingly, Met Logistics issued a Delivery Order to permit the trucker hired by Met Logistics, Screaming Eagle, to take delivery of the shipment from American Airlines at O'Hare International Airport in Chicago and to deliver the shipment to Kanan's warehouse, Creative Warehouse, in Aurora, IL, c/o Kanan. Attached hereto as "Exhibit 5" is a true and actual copy of the Delivery Order referred to herein.

12. Pursuant to it's agency relationship with Kanan, Met Logistics received the subject shipment on our behalf from American Airlines at the American Airlines Cargo facility at Chicago's O'Hares International Airport.

13. At the time of receipt of the subject shipment from American in Chicago by Met Logistics, as Kanan's receiving agent, Met Logistics reported to me by email that the trucker hired to receive and deliver the shipment from American advised that the shipment was received from American wet and possibly with damaged cartons. This advice was sent by Met Logistics to me at Kanan by way of an email dated December 2, 2005. Attached hereto as "Exhibit 6" is a true and actual copy of the email sent by Met to Kanan on December 2, 2005, referred to herein.

14. Pursuant to it's duties as the customs broker for Kanan, Met Logistics prepared and filed an Entry Summary covering the cargo, dated December 13, 2005, in which it notes the

importer of record was Kanan. Attached hereto as "Exhibit 7" is a true and actual copy of the Entry Summary filed by Met Logistics for Kanan on December 13, 2005, as Customs Broker, referred to herein.

15. Met Logistics charged Kanan for it's services as receiving agent and customs agent, including a fee for taking delivery of the subject shipment from American on Kanan's behalf and delivery same to Creative Warehouse pursuant to the instructions and directions of Kanan to Met Logistics and issued an invoice dated December 15, 2005 covering the charges for it's services. Attached hereto as "Exhibit 8" is a true and actual copy of the Invoice issued by Met Logistics to Kanan dated December 15, 2005, referred to herein.

17. I therefore aver that at all times material to his matter, Met Logistics was our agent in receiving, clearing U.S. Customs and taking delivery of the subject shipment from American Airlines and Met Logistics was named in the relevant air waybills to facilitate their actions are Kanan's agent, but Kanan was at all times the actual owner of the shipment. Accordingly, Kanan was at all times the undisclosed principal of Met Logistics on this shipment, as well as the undisclosed principal of Expolanka.

ANTIONETTE ALVAREZ

Sworn to before me this
_____ day of July, 2008

Notary Public    7/24/08


KRISTEN JUNG
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
January 23, 2010

- 5 -

**EXHIBIT 1**

# *Gartex Industries Lanka (Pvt) Ltd.*

P.O. Box 06, Export Processing Zone, Sri Lanka.Tel:01-465187-9,Fax:01-465172,01-465178.
E-mail: - gartex@gartexik.com

## COMMERCIAL INVOICE

| SHIPPER / SELLER | CONSIGNEE | | INVOICE NO. | | GTX/K/0050/ |
|---|---|---|---|---|---|
| | KANAN FASHION INC., | | DATE: | | 16-Nov-0: |
| Gartex Industries Lanka (Pvt) Ltd | 1TW, 22nd Street Suite 220, oakbrook terrace, Il-80181(USA) | | PAGE: | 1  OF | 1 |
| P.O. Box 06, E.P.Z. | ATTN: P. Joshi | | | | |
| Biyagama, | Tel: 01-630-833-1234        Fax 630-833-1237 | | | | |
| Sri Lanka | NOTIFY : | | | | |
| | MET LOGISTICS | | | | |
| | 333, Pierce Road, STE 150B, Itasca, IL 60143 | | | | |
| | Tel: 630-735-0175 , Fax: 630-735-0210 | | | | |
| | Attn: Heather Hughes | | COMPLETE | X  PARTIAL | |
| GOODS DELIVERED TO : CHICAGO U.S.A | FOR EXPORT VIA: AIR X  SEA    POST | | BALANCE | | |
| SHIPPED PER : BY AIR | ON  21-Nov-05    FROM  SRI LANKA  TO | | | CHICAGO U.S.A | |
| TERM: EX-FACTORY    FOB    X | PACKING : AT COST    INCLUDED  PAYMENT :  LETTER OF CREDIT    X | | | | |

| SHIPPING MARK | STYLE (ITEM) NUMBER | DESCRIPTION OF GOODS (Indicate Sizes & Colors when applicable) | GRAND TOTAL QUANTITY | UNIT PRICE (USD) "FOB" | GRAND TOTAL AMOUNT |
|---|---|---|---|---|---|
| DESTINATION: | | *Knitted, not out door.* | | | |
| KANAN FASHIONS | | MEN'S FLEECE JACKET | | | |
| MADE IN SRI LANKA | | PO#          6103 320000 | | | |
| CARTON NO : 1--83 | J9133-N-S | J9133-N-S-1105    NAVY W/WHITE STRIPES | 996 PCS | 4.00 /PC US$ | 3,984.0 |
| CARTON NO : 84--162 | J9133-B-S | J9133-B-S-1105    BLACK W/WHITE STRIPES | 948 PCS | 4.00 /PC US$ | 3,792.0 |
| CARTON NO : 163--247 | J9133-HG-S | J9133-HG-S-1105  HEATHER GREY W/WHITE STRIPES | 1,020 PCS | 4.00 /PC US$ | 4,080.0 |
| | | MEN'S FLEECE PANT      6103 421020 | | | |
| | | PO#          COLOR | | | |
| CARTON NO : 1--83 | P9132-N-S | P9132-N-S-1105    NAVY W/WHITE STRIPES | 996 PCS | 4.00 /PC US$ | 3,984.C |
| CARTON NO : 84--162 | P9132-B-S | P9132-B-S-1105    BLACK W/WHITE STRIPES | 948 PCS | 4.00 /PC US$ | 3,792.C |
| CARTON NO : 163--247 | P9132-HG-S | P9132-HG-S-1105  HEATHER GREY W/WHITE STRIPES | 1,020 PCS | 4.00 /PC US$ | 4,080.C |
| | | TOTAL CARTONS    494 | | | |
| | | TOTAL CBM    59.62 | | | |
| | | DELIVERY TO CHICAGO | 5,928 PCS | USD | 23,712.C |
| | | TOTAL AMOUNT US$ TWENTY THREE HUNDRED SEVEN HUNDRED TWELVE ONLY | | | |

C/o : LK

GARTEX INDUSTRIES LANKA (PRIVATE) LTD.

Authorized Signature.

**EXHIBIT 2**

603 | CMB 29061292       INTL       603 29061292

| Shipper's Name and Address | Shipper's Account Number | | |
|---|---|---|---|
| EXPOLANKA FREIGHT LTD<br>10 MILE POSTAVENUE<br>P.O.BOX1152<br>COLOMBO 3/LK | 000000010007 | **Not Negotiable**<br>**Air Waybill**<br>Issued by | SRI LANKAN AIRLINES<br>COLOMBO |

Level 22, East Tower, World Trade Centre,
Echelon Square, Colombo 1, Sri Lankan
www.srilankancargo.com
www.srilankan.aero

**SriLankan Airlines Limited**

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| MET LOGISTICS<br>333 PIERCE ROAD STE 150B ITASCA IL<br>ATTN HERMER HUGHES<br>UNITED STATES/US     TP-FAX 63 | |

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

| Issuing Carrier's Agent Name and City | Accounting Information |
|---|---|
| EXPOLANKA FREIGHT - 010007//AH | |

| Agent's IATA Code | Account No. |
|---|---|
| 0730001 | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing | Reference Number | Optional Shipping Information |
|---|---|---|
| COLOMBO | AH//01USD/101.85LKR-CMB | |

| To | By First Carrier | Routing and Destination | To | By | To | By | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LMR | UL | | | | ORD | AA | LKR | PX | X | X | NVD | NCV |

| Airport of Destination | Requested Flight/Date | Amount of Insurance |
|---|---|---|
| O HARE INTERNATIONAL UL0505/22 | | NIL |

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

Handling Information

LOCN-ANB2/ 494P

INFO-POUCH ATTACHED

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class<br>Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 494 | 5225.0K | Q | | | | | CONSOL |
| 494 | 5225.0K | | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | Valuation Charge | | |
| | Tax | | |
| | Total Other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| | Total Other Charges Due Carrier | | |
| | | | |
| Total Prepaid | Total Collect | | Signature of Shipper or his Agent |
| Currency Conversion Rates | CC Charges in Dest. Currency | | 18NOV05      CAK      SACH |
| | | | Executed on   (date)    at   (place)     Signature of Issuing Carrier or its Agent |
| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges | TIME ACCPT 2146<br>DATE ACCPT 21NOV05 |

www.security-label.com      COPY 12 (EXTRA COPY FOR CARRIER)      603 29061

**EXHIBIT 3**



**EXHIBIT 4**

# EXPOLANKA FREIGHT LIMITED



INTERNATIONAL AIR & SEA FORWARDERS
NO. 10, MILE POST AVENUE, COLOMBO 3, SRI LANKA.

PHONE : 94 (11) 4791000 (Multiple Lines)
FAX : 94 (11) 2574213, 94 (11) 25767
E mail : expocmb@expolanka.com
Web Site : www.expolankafreight.com

## INVOICE

KANAN FASHION INC
17W 220,22ND STREET,
SUITE 220,OAKBROOK TERRACE,IL-60181,
UNITED STATES

INVOICE NO : 11-I-20171

DATE : 03/12/2005

JRS NO : 11-05/06-03328

VAT NO : 104083536-7000

| FLIGHT | UL 505 | | | | | |
|---|---|---|---|---|---|---|
| | | | | FLIGHT DATE | 21/11/2005 | |
| DESTINATION | CHICAGO | MAWB NO | 603-2906 1292 | HAWB NO | EFL 000098220 | |
| CTNS | 494 | WEIGHT | 10,936.00 | USD @ 101.85 RS | | |

| PARTICULARS | | USD | Cts. |
|---|---|---|---|
| FREIGHT CHARGES | ( 10,936.00KG x 2.55USD = 27,886.80 ) | 27,886.80 | |
| FUEL CHARGES | ( 5,225.00KG x 0.55USD = 2,873.75 ) | 2,873.75 | |
| WAR RISK SURCHARGE | ( 5,225.00KG x 0.10USD = 522.50 ) | 522.50 | |
| ADVANCE MANIFEST CHG | ( 1.00FT x 7.00USD = 7.00 ) | 7.00 | |

Vendor ID: EFL

Account#: 5505

VCH/RCT#: 30732

Date Entered: 12/22/05

POSTED

USD: THIRTY-ONE THOUSAND TWO HUNDRED NINETY  AND CENTS FIVE  ONLY

Remarks :

| | | | |
|---|---|---|---|
| Total | — | 31,290.05 | |
| Deductions | — | | |
| E.& O. E. | Net Due | — | 31,290.05 |

Terms : Service rendered as per our Trading Conditions.
The  account will be  correct unless queried within 7 days.

For **EXPOLANKA FREIGHT LTD.**

Authorised Signatory

Cheques must  be crossed and drawn in favour of Expolanka Freight Limited.



**EXHIBIT 5**



**MET LOGISTICS CHB,LLC**
333 PIERCE ROAD
SUITE 150B
ITASCA, IL 60143 US

Tel: 630-735-0162
Fax: 630-735-0225

KANAN FASHIONS INC
17W220 22ND ST STE 220
OAKBROOK TERRACE, IL 60181-4477 US

| DATE | OUR REF.NO. |
|---|---|
| 12/01/2005 | 3907692 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND FORWARDED AS
FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT OF / ORIGIN AIRPORT |
|---|---|---|
| AMERICAN AIRLINES (AM | AMERICAN AIRLINES CARGO | |

| B / L OR AWB NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| 60329061292 | 11/24/2005 | 12/04/2005 | SCREAMING EAGLE |

| INLAND CARRIER | HAWB NO. | ENTRY NO. | CUST.REF.NO. |
|---|---|---|---|
| | EFL000098220 | BLD-3907692-0 | |

| FOR DELIVERY TO | ROUTE |
|---|---|

CREATIVE WHSE C/O KANAN FASHIONS
1103 BUTTERFIELD ROAD
AURORA, IL 60504 US
Contact: ANTIONETTE 630-600-3151

3 hows @ AA

NOTIFY: Rebuilt 14 of 18 Skds

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 494 CTN | MEN'S KNIT FLEECE JACKET & FLEECE PANT ISSUER MASTER 60329061292 EFL000098220 | 24110 LB | |

486
494

Julio de la Torre
Julio de la Torre
12-5-05  9:00 a.m.
486 ctns.

INLAND FREIGHT ➡

| PREPAID / COLLECT |
|---|
| PREPAID |

Received in Good Order
By:

Liability, including negligence is limited to the sum of $50.00 per shipment, unless a greater valuation shall be paid for or agreed to be paid in writing prior to shipping.

DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE

PEA  MARIA YOUNGJUK KIM

Page 1
ORIGINAL

**EXHIBIT 6**

## Janene Porten

| | |
|---|---|
| **From:** | Janene Porten |
| **Sent:** | Friday, December 02, 2005 2:32 PM |
| **To:** | 'Antionette Romero' |
| **Cc:** | Maria Kim |
| **Subject:** | 603-29061292 |

Good Afternoon, Antionette.

Please be advised I received a call from my trucker who is at American Airlines and is noting wet and possibly damaged cartons. He is not sure of the total count yet but they are getting all of the information on these now.
I have also confirmed this information with a supervisor at American Airlines.
My trucker has informed me that American Airlines did not put the cartons properly onto skids and there will be additional charges for re-stacking of the skids and the additional time.

Please let me know what you would like to be done from here.

I will let you know as soon as I have more information.

Best Regards,

*Janene Porten*
MET Logistics CHB, LLC
333 Pierce Road, Suite 150B
Itasca, IL 60143
Phone: 630-735-0196
Fax: 630-735-0210
Email: janene.porten@metlogistics.com

12/15/2005

**EXHIBIT 7**

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

## ENTRY SUMMARY

| | | |
|---|---|---|
| MET Logistics CHB, LLC<br>333 Pierce Rd, Ste 150B<br>Itasca, IL  60143 | ① Entry No.<br>3907692-0 | ② Entry Type<br>01 ABI/A | ② Entry Summary Date<br>12/13/2005 304 |

| 4. Entry Date<br>12/01/2005 | ⑤ Port Code<br>3901 | PAPERLESS |
|---|---|---|

| 6. Bond No.<br>353 | 7. Bond Type Code<br>8 | 8. Broker/Importer File No.<br>3907692 |
|---|---|---|

9. Ultimate Consignee Name and Address

| 10. Consignee No.<br>SAME | ⑪ Importer of Record Name and Address | ⑫ Importer No.<br>36-382347700 |
|---|---|---|

KANAN FASHIONS INC
17W220 22ND ST STE 220
OAKBROOK TERRACE, IL  60181-4477

| ⑬ Exporting Country<br>LK | 14. Export Date<br>11/24/2005 |
|---|---|

| ⑮ Country of Origin<br>LK | 16. Missing Documents |
|---|---|

IL
STATE

| ⑰ I.T. No. | ⑱ I.T. Date |
|---|---|

| ⑲ BL or AWB No.<br>60329061292 | 20. Mode of Transportation<br>40 | 21. Manufacturer I.D.<br>LKGARIND8BIY | 22. Reference No. |
|---|---|---|---|

| ㉓ Importing Carrier<br>AA | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. |
|---|---|---|

| 26. U.S. Port of Unlading<br>3901 | ㉗ Import Date<br>11/24/2005 | FIRMS: I317-AMERICAN AIRLINES CARGO<br>FLT: 047 |
|---|---|---|

| ㉘ Line No. | ㉙ 30.A. T.S.U.S.A. No. B. ADA CVD Case No. | 31.A. Gross Weight B. Manifest Qty. | ㉜ Net Quantity in T.S.U.S.A. Units | 33.A. Entered Value B. CHGS C. Relationship | 34.A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | ㉟ Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | INVOICE 00001<br>GTX/K/005/05<br>SUIT-TYP JK/BL,M/B,COTT,KN/CR | | | NOT RELATED | | | |
| 001 | 6103.32.0000<br>CAT 333 | 5468 | 247 DOZ<br>(2123 KG ) | 11856<br>C16404 | 13.5% | 1600. | 56 |
| | MERCHANDISE PROCESSING FEE | | | | 0.21% | 24. | 90 |
| 002 | TRSRS,BRCHS,MEN'S,COTN,NIT/CRO<br>6103.42.1020<br>CAT 347 | 5468 | 247 DOZ<br>(1878 KG ) | 11856<br>C16404 | 16.1% | 1908. | 82 |
| | MERCHANDISE PROCESSING FEE<br>COTTON FEE | | (1878) | | 0.21%<br>0.00728/KG | 24.<br>13. | 90<br>67 |
| | BLOCK 39 SUMMARY:<br>MPF<br>COTTON IMPORT | 499<br>056 | 49.80<br>13.67 | TEV$23712.00 | | | |

㊱ Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the

☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR ☒ owner or purchaser or agent thereof.

I further declare that the merchandise

☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

| ↓ U.S. CUSTOMS USE ↓ | | TOTALS |
|---|---|---|
| A. Liq. Code | B. Ascertained Duty | ㊲ Duty<br>3509.38 |
| | C. Ascertained Tax | ㊳ Tax |
| | D. Ascertained Other | ㊴ Other<br>63.47 |
| | E. Ascertained Total | ㊵ Total<br>3572.85 |

Notice Required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory. (Continued on back of form.)

| ㊶ Signature of Declarant, Title, and Date<br>MARIA YOUNGJUK KIM, A.I.F. | 12/15/2005 |
|---|---|

EDITRADE

MULTIPLE USE

Customs Form 7501 (112295)

**EXHIBIT 8**

**LOGISTICS CHB, LLC**
353 PIERCE ROAD
SUITE 150B
ITASCA, IL 60143
Phone: 630-735-0145  Fax: 630-735-0210

# INVOICE

SERVICES BILLED TO:

KANAN FASHIONS INC
17W220 22ND ST STE 220
OAKBROOK TERRACE, IL  60181-4477

| ACCT. NO. KANFAS | INVOICE NO. 3907692 |
|---|---|
| INVOICE DATE 12/15/2005 | FILE NO. 3907692 |
| DUE DATE 01/14/2006 | YOUR REFERENCE NO. |
| TERMS 30 DAYS AFTER BILLING DATE | |

| AIRLINE/STEAMSHIP AMERICAN AIRLINES (AMERICAN EAGLE) 047 | MASTER 60329061292 | HOUSE EFL000098220 |
|---|---|---|

| ARRIVAL DATE 11/24/2005 | DEPARTURE DATE 11/24/2005 | SHIPPER/CONSIGNEE GARTEX INDUSTRIES LANKA | ORIGIN/DESTINATION |
|---|---|---|---|
| PIECES 494 | WEIGHT 10,936 KGS | KANAN FASHIONS INC | CHICAGO, IL |

| DATE OF ENTRY 12/01/2005 | ENTRY # BLD-3907692-0 | DESCRIPTION MEN'S KNIT FLEECE JACKET & FLEECE P |
|---|---|---|

| | | |
|---|---|---|
| DUTY PAID DIRECT $3,572.85 | | THE IMPORTER MUST FURNISH MISSING |
| ENTRY FEE | 75.00 | DOCUMENTS WITHIN THE |
| MESSENGER SERVICE FEE | 10.00 | PERIOD OF TIME |
| AIR TERMINAL | 25.00 | REQUIRED BY CUSTOMS |
| CARTAGE PLUS $150 RESTACKING FEE | 542.00 | REGULATIONS TO AVOID CUSTOM PENALTIES |

Vendor ID: MET L        Vendor ID: USC
Account#: 8527          Account#: 5500
VCH/RCT#: 31025         VCH/RCT#: 50905
Date Entered: 1/6/05    Date Entered: 1/3/06

| SUBTOTAL | 652.00 |
|---|---|
| INTREST | 0.00 |
| LESS DEPOSIT | 0.00 |
| PLEASE PAY THIS AMOUNT | 652.00 |

REMARKS
THANK YOU FOR YOUR BUSINESS
WITH MET LOGISTICS CHB,LLC
A 2% CHARGE WILL BE APPLIED TO ALL
INVOICES THAT ARE PAST 30 DAYS

**IMPORTANT: SEE TERMS AND CONDITIONS OF SERVICE ON REVERSE SIDE.**

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties,taxes or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to the "U.S. Customs Service" which shall be delivered to Customs by the broker.

ORIGINAL INVOICE